UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES –
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02282-SSS-DTBx | Date | February 11, 2026 |
| Title | *Silvia Garcia v. Anschutz Entertainment Group, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER RE: DEFENDANT'S MOTION TO DISMISS [DKT. NO. 17]**

On February 6, 2026, Plaintiff filed a First Amended Complaint. [Dkt. No. 17]. In view of Plaintiff's amendment of its complaint, Defendant's pending Motion to Dismiss is hereby **DENIED as moot**. The hearing on this motion scheduled for March 6, 2026, is hereby **VACATED**.

**IT IS SO ORDERED.**